UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA,
                    Petitioner,

        v.                                    **Judgment in a Civil Case**

JOSEPH JOHNSON,,
                    Respondent.              Case Number: 5:10-HC-2105-H


**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for
consideration after the court held an evidentiary hearing on May 1, 2017.


**IT IS ORDERED AND ADJUDGED** that judgment is entered against the United States and in
favor of the respondent. The stay imposed by 18 U.S.C. §4248(a) is hereby LIFTED, and the United
States shall forthwith release the respondent from incarceration.


This Judgment Filed and Entered on May 30, 2017, with service on:
Matthew Fesak, Michael Lockridge, Robert Dodson (via CM/ECF Notice of Electronic Filing)
Joseph Craven, Katherine Shea (via CM/ECF Notice of Electronic Filing)


May 30, 2017                              Peter A. Moore, Jr.
                                          Clerk of Court



                                   By:    _Sharitawess_
                                          Deputy Clerk